# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:                                           )
    Freeman, Michael and Pamela          ) Chapter 13
                                         )
    Debtors.                             ) Case No.: 18- (BLS)

## CHAPTER 13 PLAN

**I.**    **Notice**

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1 AND YOUR RIGHTS MAY BE AFFECTED BY THIS PLAN. IF YOU OPPOSE THE PLAN'S TREATMENT OF YOUR CLAIM OR ANY PLAN PROVISION YOU OR YOUR ATTORNEY MUST FILE AN OBJECTION TO CONFIRMATION AT LEAST 7 DAYS BEFORE THE DATE SET FOR THE CONFIRMATION HEARING. THE BANKRUPTCY COURT MAY CONFIRM THIS PLAN WITHOUT FURTHER NOTICE IF NO OBJECTION IS FILED. SEE BANKRUPTCY RULE 3015. YOU SHOULD NOTE THE FOLLOWING:

- o  The plan seeks to limit the amount of a secured claim, as set out in III.2, which may result in partial payment or no payment at all to the secured creditor
- o  The plan will seek avoidance of a lien or security interest
- **X**  **The plan contains nonstandard provisions in paragraph VI**

**II.**    **Plan payments and length of Plan:** The future earnings of the Debtor are submitted to the supervision and control of the court and the Debtor's employer of the Debtor shall pay to the Trustee the sum of **$745.00** (monthly) for **60** months.

**III.**    **Plan Distribution:** From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. **Priority Claims:** Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    (A) Debtor's Counsel Fees: **$3,800.00** to be paid through the plan (**in the first 6 installments**): (Debtor has paid $2000.00 Retainer plus $3,800.00 in plan for a total of $4,000.00 in Attorney Fees to be paid through this plan. The Debtor has also paid Court Filing Fees and out of pocket costs)

    (B) Priority Taxes:

    - Internal Revenue Service 2015 Taxes: **$3,900.00**
    - Internal Revenue Service 2016 Taxes: **$5,190.00**
    - Internal Revenue Service 2017 Taxes: **$2,100.00**

- State of Delaware 2015 Taxes: **$2,400.00**
- State of Delaware 2016 Taxes: **$2,400.00**
- State of Delaware 2017 Taxes: **$150.00**

(C) Domestic Support Obligations: **N/A**
(D) Other Priority or Administrative Expenses: **N/A**

2. **Secured Claims:**

    o   Pro rata with or
    X   **Subsequent to dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:**

X   (A) Long term or mortgage debt: 214 Thomas Drive: PRE-PETITION ARREARAGE ONLY, in the amount of **$20,000.00** to be paid to **Specialized Loan Servicing** through this plan. The Debtors reserve the right to object to this Creditor's claim post-confirmation.

   X   Debtors shall continue to make regular post-petition payments directly to **Specialized Loan Servicing**, beginning September, 2018. This Section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b) and the parties shall be so governed.

X   (B) Secured Vehicle Debt: Debtors to continue to make payments to **Wells Fargo Dealer Services** direct, outside of the plan for the **2010 Nissan Rogue**. Creditor to be granted automatic relief of stay should the Debtors default on payments outside of this plan. Creditor to turn title over to Debtors and mark account as "paid in full" upon completion of payments outside of this plan.

X   (C) Secured Vehicle Debt: Debtors to continue to make payments to **Sierra Auto Finance** direct, outside of the plan for the **2010 Nissan Altima**. Creditor to be granted automatic relief of stay should the Debtors default on payments outside of this plan. Creditor to turn title over to Debtors and mark account as "paid in full" upon completion of payments outside of this plan.

X   (D) Other secured debt: **N/A**

3. **Unsecured Claims:** Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

    X   A pro-rata dividend from the base plan, if any.

**IV.** **Leases or Executory Contracts:** The following leases or executory contracts of the Debtor will be treated as follows: **N/A**

**V.** **Vesting of Property:** Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee. Unless otherwise ordered, upon conversion of the case to Chapter 7 all undistributed plan payments received from Debtor's post-petition wages shall be refunded to the Debtor. Upon dismissal, unless otherwise ordered, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

**VI.** **Nonstandard Provisions:** Any other nonstandard provision placed elsewhere in this plan is void.

**Please see Paragraphs 2(B) and 2(C) for non-standard plan provisions.**

**VII.** **Filing Proof of Claim Required:** A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the website [www.deb.uscourts.gov](www.deb.uscourts.gov) and client on "File a Claim: and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file paper claim, go to the website [www.uscourts.gov](www.uscourts.gov) and click on "Services and Forms, the click on Bankruptcy Forms, then Select B410-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

| | |
|---|---|
| /s/ Michael Freeman | 8/8/2018 |
| Debtor's Signature | Date |

| | |
|---|---|
| /s/Pamela W. Freeman | 8/8/2018 |
| Joint Debtor's Signature | Date |

**The undersigned certifies that this plan contains no nonstandard provision other than as set forth in paragraph VI above.**

| | |
|---|---|
| /s/ Cynthia L Carroll | 8/8/2018 |
| Cynthia L. Carroll, Esquire | Date |

262 Chapman Road, Suite 108
Newark DE  19702
(302) 733-0411 (Telephone)
(302) 733-0511 (Facsimile)
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE: Freeman, Michael and Pamela                    Case No: 18- (BLS)

## CHAPTER 13 PLAN ANALYSIS

Debtor: <u>Freeman, Michael and Pamela</u>            Case No.: <u>18- (BLS)</u>

Prior:   Bankruptcy () Chapter 13 ()                    Date:

Estimated Length of Plan: <u>  60  </u> months            Trustee Use:

§341 Meeting Date: <u>        </u>                        Continued: <u>              </u>

Confirmed Date: <u>          </u>

TOTAL DEBT PROVIDED FOR UNDER
THE PLAN AND ADMINISTRATIVE EXPENSES

| | |
|---|---|
| Total Priority Claims (Class One) | $<u>          </u> |
| Unpaid attorney's fees | $<u>     3,800.00</u> |
| Taxes | $<u>    16,140.00</u> |
| Other | $<u>          </u> |
| | |
| Total of Payments to Cure Defaults (Class Two) | $<u>    20,000.00</u> |
| Total of Payments on Secured Claims (Class Three) | $<u>          </u> |
| Total of Payments on Unsecured Claims (Class Four) | $<u>          </u> |
| Sub-total | $<u>    39.940.00</u> |
| Total Trustee's Compensation (10% of debtor's payments) | $<u>          </u> |
| Total Debt and Administrative Expenses | $<u>    44,377.77</u> |

RECONCILIATION WITH CHAPTER 7

Interest of Class Four Creditors If Chapter 7 Filed
1. Value of Debtor's Interest in Non-exempt Property            $<u>          </u>
2. Plus:  Value of Property Recoverable Under Avoiding
    powers                                                      $<u>          </u>
3. Less:  Estimated Chapter 7 Administrative Expense            $<u>          </u>
4. Less:  Amounts Payable to Priority Creditors other
    than costs of administration                                $<u>          </u>

5. Equals:  Estimated Amount Payable to Class Four
   Creditors if Chapter 7 Filed (if negative, enter zero)      $_____
   Estimated Dividend Under Plan                                $_____


/s/ Michael Freeman                                            8/8/2018
Debtor's Signature                                             Date


/s/Pamela W. Freeman                                           8/8/2018
Joint Debtor's Signature                                       Date


/s/ Cynthia L Carroll                                          8/8/2018
Cynthia L. Carroll, Esquire                                    Date
262 Chapman Road, Suite 108
Newark DE  19702
(302) 733-0411 (Telephone)
(302) 733-0511 (Facsimile)
Attorney for Debtor